```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 14-02003-RNO
Christianna E. Kellman                                              Chapter 13
          Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5           User: MMchugh                Page 1 of 2          Date Rcvd: Nov 25, 2016
                               Form ID: ordsmiss            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2016.
db           +Christianna E. Kellman,    236 Daffodil Drive,    East Stroudsburg, PA 18301-9357
aty          +David B. Kline,    Ostroff Injury Law,    527 Plymouth Road,    Suite 414,
               Plymouth Meeting, PA 19462-1668
4482780      +APEX ASSET MGT,    1891 SANTA BARBARA DR,    SUITE 204,    LANCASTER, PA 17601-4106
4482784      +BLATT HASENMILLER LEIBSKER,    1835 MARKET ST STE 501,    PHILADELPHIA, PA 19103-2933
4549548      +Bank of America, N.A.,   c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
4482789      +COMPUTER CREDIT INC,    PO BOX 5238,    WINSTON-SALEM, NC 27113-5238
4514021       ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
4482790      +EMERG CARE SERV OF PA,    AKRON BILLING CTR,    3585 RIDGE PARK DRIVE,    AKRON, OH 44333-8203
4482793      +GUARDIAN PROTECTION SVCS,    174 THORN HILL ROAD,    WARRENDALE, PA 15086-7528
4510205      +METED A FIRSTENERGY COMPANY,    FirstEnergy Corp,    331 Newman Springs Road, Bldg 3,
               Red Bank, NJ 07701-5688
4482799     ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,   BUILDING 3,
               RED BANK NJ 07701-5688
              (address filed with court: MET-ED,    PO BOX 16001,    READING, PA 19612)
4482801      +NATIONAL RECOVERY AGENCY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4482802      +NCO FINANCIAL SVCS/99,    PO BOX 15636,    WILMINGTON, DE 19850-5636
4482803      +NYS DEPT OF TAXATION & FINANCE,    ATT: OFFICE OF COUNSEL,    BUILDING 9, W.A. HARRIMAN CAMPUS,
               ALBANY NY 12227-0001
4489623       New York State Dept of Taxation & Finance,    Bankruptcy Sectiion,    PO Box 5300,
               Albany, NY 12205-0300
4482805      +POCONO MED CENTER,    PO BOX 822009,    PHILADELPHIA, PA 19182-2009
4482808      +STRATEGIC RECOVERY GROUP,    7668 WARREN PKWY,    STE 325,    FRISCO, TX 75034-4161
4482809      +STRATEGIC RECOVERY GROUP,    PO BOX 52238,    IDAHO FALLS, ID 83405-2238
4764541      +Ventures Trust 2013-I-H-R by MCM Capital Partners,    7500 Old Georgetown Road, Suite 1300,
               Bethesda, MD 20814-6198
4764542      +Ventures Trust 2013-I-H-R by MCM Capital Partners,    7500 Old Georgetown Road, Suite 1300,
               Bethesda, MD 20814,    Ventures Trust 2013-I-H-R by MCM Capital,
               7500 Old Georgetown Road, Suite 1300,    Bethesda, MD 20814-6198
4482811      +XEROX EMPLOYEE SERVICE CTR,    PO BOX 199758,    DALLAS, TX 75219-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4482779      +EDI: AFNIRECOVERY.COM Nov 25 2016 18:33:00      AFNI INC,   PO BOX 3097,
               BLOOMINGTON, IL 61702-3097
4524212      +EDI: AFNIRECOVERY.COM Nov 25 2016 18:33:00      Afni, Inc,   PO Box 3667,
               Bloomington, IL 61702-3667
4482781      +EDI: BANKAMER.COM Nov 25 2016 18:33:00      BAC HOME LOANS,    PO BOX 5170,
               SIMI VALLEY, CA 93062-5170
4482782       EDI: BANKAMER.COM Nov 25 2016 18:33:00      BANK OF AMERICA NA,    4161 PIEDMONT PKWY,
               GREENSBORO, NC 27410
4482783      +EDI: TSYS2.COM Nov 25 2016 18:33:00      BARCLAYS BANK DELAWARE,    700 PRIDES XING,
               NEWARK, DE 19713-6102
4482785      +EDI: CAPITALONE.COM Nov 25 2016 18:33:00      CAPITAL ONE BANK,    ATTN BANKRUPTCY DEPT,
               PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4482786       E-mail/Text: bankruptcy@cavps.com Nov 25 2016 18:33:19      CAVALRY PORTFOLIO SERVICE,
               PO BOX 27288,    TEMPE, AZ 85285
4509524      +E-mail/Text: bncmail@w-legal.com Nov 25 2016 18:33:17      CERASTES, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4482787      +EDI: CHASE.COM Nov 25 2016 18:33:00      CHASE,   PO BOX 15298,   WILMINGTON, DE 19850-5298
4482788      +EDI: CITICORP.COM Nov 25 2016 18:33:00      CITIBANK,   PO BOX 6497,
               SIOUX FALLS, SD 57117-6497
4489624      +E-mail/Text: bankruptcy@cavps.com Nov 25 2016 18:33:19      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4482791      +EDI: RMSC.COM Nov 25 2016 18:33:00      GECRB,   PO BOX 965005,   ORLANDO, FL 32896-5005
4482792      +EDI: RMSC.COM Nov 25 2016 18:33:00      GEMB,   PO BOX 965005,   ORLANDO, FL 32896-5005
4482794      +EDI: HFC.COM Nov 25 2016 18:33:00      HSBC BANK,    PO BOX 5253,   CAROL STREAM, IL 60197-5253
4482795      +E-mail/Text: ebnsterling@weltman.com Nov 25 2016 18:33:11      KAY JEWELERS,    375 GHENT ROAD,
               FAIRLAWN, OH 44333-4600
4482796      +EDI: CCS.COM Nov 25 2016 18:33:00      LABCORPC/O CREDIT COLL SVCS,    TWO WELLS AVE,
               NEWTON, MA 02459-3225
4482797      +EDI: LTDFINANCIAL.COM Nov 25 2016 18:33:00      LTD FINANCIAL SVCS,    7322 SOUTHWEST FWY,
               STE 1600,    HOUSTON, TX 77074-2134
4482798      +EDI: RESURGENT.COM Nov 25 2016 18:33:00      LVNV FUNDING LLC,    PO BOX 10497,
               GREENVILLE, SC 29603-0497
4546227       EDI: RESURGENT.COM Nov 25 2016 18:33:00      LVNV Funding, LLC its successors and assigns as,
               assignee of HSBC Private Label,    Acquisition Corporation (USA),   Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
4482800      +EDI: MID8.COM Nov 25 2016 18:33:00      MIDLAND FUNDING,    8875 AERO DRIVE,    SUITE 200,
               SAN DIEGO, CA 92123-2255
4482804      +E-mail/Text: csc.bankruptcy@amwater.com Nov 25 2016 18:33:25      PA AMERICAN WATER,
               PO BOX 578,    ALTON, IL 62002-0578
4482806       EDI: PRA.COM Nov 25 2016 18:33:00      PORTFOLIO RECOVERY ASSOC,    120 CORPORATE BLVD STE 100,
               NORFOLK, VA 23502
```

```
District/off: 0314-5          User: MMchugh              Page 2 of 2              Date Rcvd: Nov 25, 2016
                              Form ID: ordsmiss          Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4537221         EDI: PRA.COM Nov 25 2016 18:33:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4501731         EDI: Q3G.COM Nov 25 2016 18:33:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
4482807        +EDI: NAVIENTFKASMSERV.COM Nov 25 2016 18:33:00      SALLIE MAE,   PO BOX 9500,
                 WILKES-BARRE, PA 18773-9500
4482810        +EDI: WTRRNBANK.COM Nov 25 2016 18:33:00      TD BANK/TARGET CREDIT,   PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
                                                                                             TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ventures Trust 2013-I-H-R by MCM Capital Partners,,    7500 Old Georgetown Road,   Suite 1300,
                 Bethesda, MD 20814-6198
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor Christianna E. Kellman jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael Joshua Shavel    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners,
               LLC, its trustee mshavel@hillwallack.com,  mosbeck@hillwallack.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Christianna E. Kellman
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Christianna E. Kellman | Chapter | 13 |
| aka Christianna Emily Kellman, aka Christianna Kellman, aka Christianna E. Kellman−Lambert | Case No. | 5:14−bk−02003−RNO |
| **Debtor(s)** | | |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: November 25, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk